**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL OROZCO,<br><br>              Petitioner,<br><br>   v.<br><br>W.L. MONTGOMERY, Warden,<br><br>             Respondent. | Case No. SACV 18-1443 DOC (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein,[1] and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

---

[1] This includes Petitioner's Reply, which was not entered on the Court's docket until after the Report and Recommendation issued. The Court has considered the arguments in the Reply and concludes that they do not change the Court's decision.

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 13, 2019

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE