JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL OROZCO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　Respondent. | Case No. SACV 18-1443 DOC (SS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 13, 2019

　　　　　　　　　　　　　　　　　/s/ David O. Carter
　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE